1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARRETT THOMAS CLOUSE,                    No.  2:23-cv-0671 DB P

12                  Plaintiff,

13        v.                                   ORDER AND FINDINGS AND
                                               RECOMMENDATIONS
14   AMADOR COUNTY JAIL MEDICAL, et
     al.,
15
                   Defendants.
16

17          Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff claims that he received inadequate medical care while incarcerated at

19   Amador County Jail in 2021.

20          By order dated October 12, the undersigned screened and dismissed the complaint and

21   directed plaintiff to submit a certified copy of his inmate trust account statement.  (ECF No. 9.)

22   Plaintiff was granted thirty days leave to file an amended complaint and advised that failure to

23   file an amended complaint would result in a recommendation that this action be dismissed.  (Id.)

24   Those thirty days have passed, and plaintiff has not filed an amended complaint, requested

25   additional time to file an amended complaint, or otherwise responded to the court's order.

26          The court notes that plaintiff filed a notice of change of address on May 15, 2023, and

27   thereafter mail was returned as undeliverable.  However, records indicate that plaintiff is

28   presently in the custody of Amador County.

                                                 1

1   See https://acsd.crimegraphics.com/2013/default.aspx (inmate locator website operated by the

2   Amador County Sheriff's Office).  The court may take judicial notice of such information.  See In

3   re Yahoo Mail Litig., 7 F. Supp. 3d 1016, 1024 (N.D. Cal. 2014) (a court may take judicial notice

4   of information on "publicly accessible websites" not subject to reasonable dispute); Louis v.

5   McCormick &Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006)

6   (court may take judicial notice of state agency records).  It is the plaintiff's responsibility to keep

7   the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of

8   documents at the record address of the party is fully effective.  Accordingly, the undersigned will

9   recommend that this action be dismissed for failure to prosecute and failure to comply with court

10   orders.

11          For the reasons set forth above, the Clerk of the Court is ORDERED to:

12          1.  Randomly assign this action to a United States District Judge; and

13          2.  Serve a copy of this order on plaintiff at the Amador County Jail, 700 Court Street,

14              Jackson CA 95642.

15          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

16   E.D. Cal. Local Rule 110; Fed. R. Civ. P. 41(b).

17          These findings and recommendations are submitted to the United States District Judge

18   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty-one (21)

19   days after being served with these findings and recommendations, plaintiff may file written

20   objections with the court and serve a copy on all parties.  Such a document should be captioned

21   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

22   failure to file objections within the specified time may waive the right to appeal the District

23   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

24   Dated:  December 4, 2023

25

26

27   DB:12
     DB/DB Prisoner Inbox/Civil Rights/S/clou0671.scrn

28

                                        DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

                                        2