UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT THOMAS CLOUSE, | No. 2:23-cv-0671 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY JAIL MEDICAL, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that he received inadequate medical care while incarcerated at Amador County Jail in 2021.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 4, 2023, the Magistrate Judge filed findings and recommendations herein which were served[1] on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 10.)  Plaintiff has not filed objections to the findings

---

[1] The court notes that plaintiff filed a notice of change of address on May 15, 2023, and mail was returned as undeliverable on two occasions thereafter.  However, records indicate that plaintiff is presently in the custody of Amador County.  See https://acsd.crimegraphics.com/2013/default.aspx (inmate locator website operated by the Amador County Sheriff's Office).  Additionally, the docket reflects that the December 4, 2023, findings and recommendations were not returned as undeliverable.

1

and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed December 4, 2023 (ECF No. 10), are adopted in full;

    2. This action is dismissed without prejudice; and

    3. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  **February 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/clou0671.800